| | | |
|---|---|---|
| People v Carr | 4th Dept: 147 AD3d 1506 (Oswego) | denied 5/4/17 (Stein, J.) |
| People v Carsey | 1st Dept: 146 AD3d 449 (NY) | denied 5/11/17 (Rivera, J.) |
| People v Carter (Rick) | 4th Dept: 147 AD3d 1514 (Allegany) | denied 5/5/17 (DiFiore, Ch. J.) |
| People v Carter (Travon) | 4th Dept: 147 AD3d 1540 (Oneida) | denied 5/1/17 (Garcia, J.) |
| People v Carver | 1st Dept: 147 AD3d 415 (Bronx) | denied 5/8/17 (Stein, J.) |
| People v Censoprano | 2d Dept: 147 AD3d 970 (Suffolk) | denied 5/11/17 (Rivera, J.) |
| People v Clay | 4th Dept: 147 AD3d 1499 (Monroe) | denied 5/4/17 (Stein, J.) |
| People v Coleman | 1st Dept: 148 AD3d 478 (NY) | denied 5/16/17 (DiFiore, Ch. J.) |
| People v Coley | 4th Dept: 148 AD3d 1651 (Monroe) | denied 5/18/17 (DiFiore, Ch. J.) |
| People v Collins | 2d Dept: 147 AD3d 870 (Kings) | denied 5/16/17 (Wilson, J.) |
| People v Colon | 1st Dept: 148 AD3d 465 (Bronx) | denied 5/22/17 (Wilson, J.) |
| People v Colsrud | 4th Dept: 144 AD3d 1639 (Steuben) | denied 5/4/17 (Rivera, J.) |
| People v Copeland | 2d Dept: 148 AD3d 719 (Westchester) | denied 5/11/17 (Rivera, J.) |
| People v Cord | 1st Dept: 146 AD3d 715 (NY) | denied 5/16/17 (Wilson, J.) |
| People v Cox | 4th Dept: 145 AD3d 1507 (Monroe) | denied 5/1/17 (Garcia, J.) |
| People v Cruz | 1st Dept: 146 AD3d 534 (NY) | denied 5/16/17 (Wilson, J.) |
| People v Curry | App Div, 3d Dept: 2017 NY Slip Op 65176(U) (Albany) | dismissed 5/24/17 (Fahey, J.) |
| People v Davis | 1st Dept: 148 AD3d 657 (NY) | denied 5/16/17 (DiFiore, Ch. J.) |
| People v Dawkins | 2d Dept: 146 AD3d 898 (Kings) | denied 5/11/17 (Rivera, J.) |
| People v Day | 4th Dept: 147 AD3d 1298 (Erie) | denied 5/1/17 (Garcia, J.) |
| People v DeBerry | App Div, 2d Dept: 2017 NY Slip Op 65679(U) (Kings) | dismissed 5/30/17 (DiFiore, Ch. J.) |
| People v De La Rosa | 2d Dept: 148 AD3d 927 (Queens) | denied 5/22/17 (Fahey, J.) |
| People v Deleon | 1st Dept: 148 AD3d 576 (NY) | denied 5/11/17 (Rivera, J.) |
| People v DePerno | 3d Dept: 148 AD3d 1463 (Cortland) | denied 5/24/17 (Fahey, J.) |
| People v Diaz-Olmo | 2d Dept: 148 AD3d 1047 (Kings) | denied 5/30/17 (Stein, J.) |